# UNITED STATES DISTRICT COURT
## FOR THE
### MIDDLE DISTRICT OF PENNSYLVANIA

KELLY MCGRATH,                    )
                                  )
      **Plaintiff,**             )
                                  )
    **v.**                        )  **Case No.:** 3:15-cv-01545-RPC
                                  )
SYNCHRONY BANK,                   )
      **Defendant.**             )
                                  )
_____)

**FILED**
SCRANTON

JUN 1 9 2017

Per_____
DEPUTY CLERK

## STIPULATION TO DISMISS

TO THE CLERK:

    Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

*/s/ Timothy R. Carwinski*

Timothy R. Carwinski, Esq.
ReedSmith, LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606-7507
Phone: (312) 207-3904
Email: tcarwinski@reedsmith.com
Attorney for Defendant

Date: June 16, 2017

*/s/ Craig Thor Kimmel*

Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: June 16, 2017

BY THE COURT:

_____
                 J.